**1330**

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

ALLEGHENY MINING CORPORATION,
Respondent.

No. 12791.

United States Court of Appeals
Fourth Circuit.

Argued March 5, 1969.

Decided March 7, 1969.

Marcel Mallet-Prevost, Asst. Gen. Counsel, John D. Burgoyne, Atty., N. L. R. B., Washington, D. C., for petitioner.

Charles V. Wehner, Kingwood, W. Va., Lacy I. Rice, Jr., John M. Miller, Martinsburg, W. Va., for respondent.

Before BRYAN, WINTER and CRAVEN, Circuit Judges.

PER CURIAM:

We think the decision and order of the National Labor Relations Board is supported by substantial evidence and accordingly it will be

Enforced.

SOUTHERN FIRE & CASUALTY COMPANY, Appellant,

v.

James Lawrence TEAL, Jr., Mrs. Ruth Teal, Glover Oldsmobile, Inc., and Glens Falls Insurance Company, Appellees.

No. 12905.

United States Court of Appeals
Fourth Circuit.

Argued March 6, 1969.

Decided March 10, 1969.

James J. Raman, Spartanburg, S. C. (Odom, Nolen & Foster, Spartanburg, S. C., on brief), for appellant.

Rufus M. Ward, Spartanburg, S. C. (Ward, Howell & Barnes, Spartanburg, S. C., on brief), for appellees.

Before BOREMAN, CRAVEN, and BUTZNER, Circuit Judges.

PER CURIAM:

We adopt the opinion of the district court, Southern Fire & Cas. Co. v. Teal, 287 F.Supp. 617 (D.S.C.1968).

The judgment is affirmed.